

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00483-CR

Ricardo **GONZALES**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-13554
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was originally due September 19, 2022 but was not filed. On September 20, 2022, the court reporter filed a notification of late record, stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the court reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by October 3, 2022**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.



_____

MICHAEL A. CRUZ, Clerk of Court